## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01548-REB-MJW

CYNTHIA KEMPT,

    Plaintiff,

v.

COLLECTION TECHNOLOGY INCORPORATED, a California corporation,

    Defendant.

---

## STIPULATION OF DISMISSAL WITH PREJUDICE
_____

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys of record pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) that the above-entitled action has been settled and the parties hereby stipulate to its dismissal on its merits with prejudice with each party to pay her or its own attorney's fees and costs, and pray that a judgment of dismissal with prejudice and on the merits be entered in the above entitled action pursuant hereto.

Dated: September 28, 2009.

Respectfully submitted,

| | |
|---|---|
| s/ David M. Larson | s/ Timothy M. Murphy |
| David M. Larson, Esq. | Timothy M. Murphy, Esq. |
| 405 S. Cascade Avenue Suite 305 | Hall & Evans, LLC |
| Colorado Springs, CO 80903 | 1125 17th Street Suite 600 |
| (719) 473-0006 | Denver, CO 80202 |
| Attorney for the Plaintiff | (303) 628-3300 |
| | Attorneys for the Defendant |