**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-01548-REB-MJW

CYNTHIA KEMPT,

    Plaintiff,

v.

COLLECTION TECHNOLOGY INCORPORATED, a California corporation

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation of Dismissal With Prejudice** [#17] filed September 29, 2009. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal With Prejudice** [#17] filed September 29, 2009, is **APPROVED**; and

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated September 29, 2009, at Denver, Colorado.

                    BY THE COURT:

                    */s/ Bob Blackburn*
                    Robert E. Blackburn
                    United States District Judge